MARIE HAYDEN POWELL v. JOSEPH POWELL

12 So. (2nd) 448                                    January Term, 1943
March 16, 1943                                      Division A

*Ray M. Watson,* for appellant.

*B. F. Brass,* for appellee.

PER CURIAM:

We have duly considered the record on appeal and appellant's petition for counsel fees in this Court. The decree is affirmed and the petition denied.

So ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.